TDCJ Offender Details
83,206-01 Page 1 of 2



# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 50102303 |
| **TDCJ Number:** | 01863905 |
| **Name:** | FARMER,DAKOTA |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1992-07-28 |
| **Maximum Sentence Date:** | 2016-02-01 |
| **Current Facility:** | SEGOVIA |
| **Projected Release Date:** | 2016-02-01 |
| **Parole Eligibility Date:** | 2015-02-01 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|

Return to Search list